Timothy M. Ryan, Bar No. 178059
tryan@theryanfirm.com
THE RYAN FIRM
A Professional Corporation
30 Corporate Park, Suite 310
Irvine, CA 92606
Telephone (949) 263-1800; Fax (949) 872-2211

JS-6

Attorneys for Defendant Specialized Loan Servicing LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA–SOUTHERN DIVISION

| | |
|---|---|
| DOUGLAS NELSON JARVIS, JR., ) | CASE NO.:  8:15-cv-00587 |
| ) | Civil Action No.: 30-2015-00778181-SC- |
| Plaintiff, ) | SC-HNB |
| ) | Date Action Filed:   March 20, 2015 |
| vs. ) | |
| ) | |
| SPECIALIZED LOAN SERVICING ) | **JUDGMENT OF DISMISSAL** |
| LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | Trial Date:          None set. |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |

/ / /

/ / /

/ / /

1

1    The Court, having granted Defendant Specialized Loan Servicing, LLC's motion

2    to dismiss the First Amended Complaint ("FAC") filed by Plaintiff Douglas Nelson

3    Jarvis ("Plaintiff") with prejudice at the hearing on said motion to dismiss on December

4    14, 2015:

5

6    **IT IS HEREBY ORDERED AND ADJUDGED** that this action is DISMISSED

7    WITH PREJUDICE.  Defendant Specialized Loan Servicing is the prevailing party in

8    this matter.

9

10

11   Dated: January 06, 2016              James V. Selna

12                                        United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Judgment